UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/13

-----------------------------------------------------------------------X
                                                      :
AEROTEL, LTD.,                                        :
                                                      :
                                  Petitioner,         :           13 Civ. 2299 (PAE)
                                                      :
                                                      :               ORDER
            -v-                                       :
                                                      :
IDT CORPORATION,                                      :
                                                      :
                                  Respondent.         :
                                                      :
-----------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

On July 18, 2013, the Court heard argument on Petitioner Aerotel ("Aerotel")'s motion to

vacate the Interim and Final Awards (the "Awards") previously entered by an Arbitration Panel

of the International Institute for Conflict Prevention & Resolution ("Panel"), pursuant to Section

10 of the Federal Arbitration Act,  9 U.S.C. § 10, or alternatively to confirm the Awards.  After

close consideration of the parties' extensive submissions and the arguments presented at the

conference, the Court issued its decision from the bench.  That decision is hereby incorporated

by reference.

For the reasons stated on the record, the Court denies Aerotel's motion to vacate the

Awards and hereby confirms the award of $5,391,529 to Aerotel, inclusive of interest at 9% per

annum through March 15, 2013.

The parties are directed to file unredacted versions of their briefs in support of and in

opposition to the motion on ECF, and to submit to the Court by August 1, 2013 a joint letter

informing the Court of their views with respect to the filing on ECF of the Panel's Awards.

The Clerk of Court is directed to close this case.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: July 19, 2013
      New York, New York